CHARLES L. HOWK, RESPONDENT, *v.* TALMADGE ECKERT,
IMPLEADED, ETC., APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

This action was brought upon a promissory note. The General Term *held*, that the defendant was induced to give the note by false representations and menaces, in settlement of a felony, and that, as the plaintiff was not a *bona fide* purchaser, without notice, he could not recover.

*William Lounsbery*, for the appellant.

*A. Schoonmaker, Jr.*, for the respondent.

Opinion by BOARDMAN, J.

MILLER, P. J., and BOOKES, J., concurred.

Judgment reversed and new trial granted, costs to abide the event.